UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACY WALKER | CIVIL ACTION |
| VERSUS | NO. 10-4586 |
| N. BURL CAIN, WARDEN | SECTION "A"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tracy Walker's Motion for Relief from the Judgment (Rec. Doc. No. 46) is **DENIED**.

June 22, 2015

_____
UNITED STATES DISTRICT JUDGE